UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
**CENTRAL DIVISION at LEXINGTON**

| | | |
|---|---|---|
| JOHN WILSON, | ) | |
| | ) | |
| Plaintiff, | ) | Action No. 5:12-cv-66-JMH |
| | ) | |
| v. | ) | |
| | ) | |
| ASSET ACCEPTANCE, LLC, | ) | **JUDGMENT** |
| | ) | |
| Defendant. | ) | |

\*\*   \*\*   \*\*   \*\*   \*\*

In accordance with the Order of even date and entered contemporaneously herewith, **IT IS HEREBY ORDERED:**

1) That this action be, and the same hereby is, **DISMISSED WITH PREJUDICE AND STRICKEN FROM THE ACTIVE DOCKET;**

2) That all pending motions be, and the same hereby are, **DENIED AS MOOT;**

3) That all scheduled proceedings be, and the same hereby are, **CONTINUED GENERALLY;** and

4) That this Order is **FINAL AND APPEALABLE** and **THERE IS NO JUST CAUSE FOR DELAY.**

This the 5th day of June, 2012.



Signed By:
*Joseph M. Hood*
Senior U.S. District Judge