Case No. 12-5780

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

JOHN WILSON

    Plaintiff - Appellant

v.

ASSET ACCEPTANCE, LLC

    Defendant - Appellee


Appellant having previously been advised that failure to satisfy certain specified obligations would result in dismissal of the case for want of prosecution and it appearing that the appellant has failed to satisfy the following obligation(s):

The Form of Appearance was not filed by July 16, 2012.
The Disclosure of Corporate Affiliations and Financial Interest was not filed by July 16, 2012.
The Civil Appeal Statement of Parties and Issues was not filed by July 16, 2012.

It is therefore **ORDERED** that this cause be, and it hereby is, dismissed for want of prosecution.

                                          **ENTERED PURSUANT TO RULE 45(a),**
                                          **RULES OF THE SIXTH CIRCUIT**
                                          Leonard Green, Clerk

Issued: July 18, 2012